[No. 10469-1-I. Division One. February 7, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANK WILLIAM MOONEY, *Appellant.*

Appeal from judgments of the Superior Court for King County, Nos. 81-1-00381-4, 73575, James J. Dore, J., entered May 26 and 27, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by Swanson and Corbett, JJ.

[No. 5422-1-II. Division Two. February 7, 1983.]

PERCY GRANGE, *Appellant,* v. EVELYN THORNTON, *Respondent.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 79-2-01266-3, James I. Maddock, J., entered February 27, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 4858-6-III. Division Three. February 10, 1983.]

ROBERT PATRIDGE, ET AL, *Respondents,* v. WANDA TACKER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Benton County, No. 79-2-00901-3, John G. Carroll, J. Pro Tem., entered October 15, 1981. *Affirmed* by unpublished opinion per Roe, C.J., concurred in by Munson and McInturff, JJ.